[This opinion has been published in *Ohio Official Reports* at 89 Ohio St.3d 94.]

THOMPSON, A MINOR, ET AL., APPELLEES, *v*. OLINN, A MINOR, ET AL.;
NATIONWIDE MUTUAL INSURANCE COMPANY, APPELLANT.

[Cite as *Thompson v. Olinn*, 2000-Ohio-443.]

*Motion for reconsideration granted—Discretionary appeal allowed—Court of appeals' judgment vacated and cause remanded to trial court for further proceedings consistent with Wolfe v. Wolfe.*

(No. 99-2113—Submitted April 25, 2000—Decided June 7, 2000.)

APPEAL from the Court of Appeals for Franklin County, No. 98AP-1585.

———————————

*Colley, Shroyer & Abraham Co., L.P.A., David I. Shroyer* and *David K. Frank*, for appellees.

*Crabbe, Brown, Jones, Potts & Schmidt, Daniel J. Hurley* and *Steven E. Miller*, for appellant.

———————————

{¶ 1} The motion for reconsideration is granted.

{¶ 2} The discretionary appeal is allowed.

{¶ 3} The judgment of the court of appeals is vacated, and the cause is remanded to the trial court for further proceedings consistent with *Wolfe v. Wolfe* (2000), 88 Ohio St.3d 246, 725 N.E.2d 261.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., concurs in part and dissents in part.

RESNICK and F.E. SWEENEY, JJ., dissent.

———————————

**DOUGLAS, J., concurring in part and dissenting in part.**

{¶ 4} I would grant the motion for reconsideration and allow the discretionary appeal.  I would then set a briefing schedule and assign the case for oral argument.  I would not, at this juncture, remand the cause to the trial court.

_____